# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 10, 2018

Before

WILLIAM J. BAUER, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 18-3289 | IN RE: CRANBERRY GROWERS COOPERATIVE, doing business as CranGrow,<br>Debtor - Appellee<br><br>APPEAL OF: PATRICK S. LAYNG, United States Trustee for Western District of Wisconsin |
|---|---|
| **Originating Case Information:** ||
| Bankruptcy Case No: 1:17-bk-13318-cjf<br>Western District of Wisconsin, Eau Claire Division-BK<br>Bankruptcy Judge Catherine J. Furay ||

The following are before the court:

1. **UNITED STATES TRUSTEE'S PETITION FOR DIRECT APPEAL PURSUANT TO 28 U.S.C. § 158(d)(2) OF AN ORDER ISSUED BY THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN**, filed on November 21, 2018, by counsel.

2. **DEBTOR-APPELLEE'S REQUEST FOR PERMISSION TO TAKE DIRECT APPEAL PURSUANT TO FED. R. BANKR. P. 8006(g)**, filed on November 21, 2018, by counsel.

**IT IS ORDERED** that the petition for direct appeal is **GRANTED**. The United States Trustee shall pay the required appellate fees to the clerk of the bankruptcy court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1).

form name: **c7_Order_3J**(form ID: 177)